UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

KENNETH YELLOW OWL,
o.b.o., DIANA YELLOW OWL,
deceased.

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-07-3012-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The Commissioner is directed to make an immediate award of benefits.

DATED this 21st day of April, 2008.

                                 JAMES R. LARSEN
                                 District Court Executive/Clerk

                           by:   s/Pamela A. Howard
                                  Deputy Clerk

cc: all counsel